# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: DATE FILED:** _____ |
| **v.** | **: CRIMINAL NO.** _____ |
| **PAMFILO DACUA**<br>**a/k/a "Michael Montoya"** | **: VIOLATION:**<br>**18 U.S.C. § 1001(a)(2)**<br>**(false statements - 3 counts)**<br>**Notice of additional factors** |

## I N D I C T M E N T

## COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about November 19, 2003, in the Eastern District of Pennsylvania, defendant

**PAMFILO DACUA**,
**a/k/a "Michael Montoya,"**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in that defendant DACUA advised the Federal Bureau of Investigation that he had been contacted by "Ahmed" who planned to bring VX, a nerve agent, into the United States and solicited defendant DACUA's assistance, when as the defendant knew, he had not been contacted by "Ahmed" concerning a plan to bring VX into the United States.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about November 29, 2003, in the Eastern District of Pennsylvania, defendant

**PAMFILO DACUA**,
**a/k/a "Michael Montoya,"**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in that defendant DACUA advised the Federal Bureau of Investigation that he had recorded telephone conversations with "Ahmed" on November 26, 2003 and November 28, 2003, and with "Didi" on November 29, 2003, and provided those recorded conversations to the Federal Bureau of Investigation, when as the defendant knew, he fabricated the telephone calls with individuals whom defendant solicited to play the roles of "Ahmed" and "Didi."

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about December 2, 2003, in the Eastern District of Pennsylvania, defendant

**PAMFILO DACUA**,
**a/k/a "Michael Montoya,"**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in that defendant DACUA advised the Federal Bureau of Investigation that he had recorded telephone conversations with "Ahmed" on December 1, 2003 and December 2, 2003, and provided those recorded conversations to the Federal Bureau of Investigation, when as the defendant knew, he fabricated the telephone calls with another individual whom defendant solicited to play the role of "Ahmed."

In violation of Title 18, United States Code, Section 1001(a)(2).

## NOTICE OF ADDITIONAL FACTORS

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      In committing the offenses charged in Counts One through Three of this indictment, defendant **PAMFILO DACUA, a/k/a "Michael Montoya,"**

        a.      Committed an offense in which he was an organizer, leader, manager, and supervisor, as described in U.S.S.G. § 3B1.1(c).

        b.      Committed an offense in which he willfully obstructed and impeded, and attempted to obstruct and impede, the administration of justice during the course of the investigation, as described in U.S.S.G. § 3C1.1.


                                        **A TRUE BILL:**


                                        _____
                                        **FOREPERSON**



_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**